NO. 12-15-00255-CR

IN THE COURT OF APPEALS

FOR THE TWELFTH SUPREME JUDICIAL DISTRICT

TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2015
elKm

TYLER TEXAS
PAM ESTES, CLERK

---

JOHN JACOB PRESLEY,
Relator

v.

PRESIDING JUDGE, 420TH JUDICIAL DISTRICT COURT,
Respondent

---

APPLICATION FOR A WRIT OF MANDAMUS
FROM NACOGDOCHES COUNTY

---

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, John Jacob Presley, Relator in the above-styled and numbered cause of action and files this Application for a Writ of Mandamus. In support of this application Relator submits the following:

**RELATOR**

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial and not discretionary in nature. Texas Code of Criminal Procedure Article 11.07 provides the 420th Judicial District Court with limited jurisdiction over habeas corpus proceedings when, as here, Relator was convicted within its court, which was cause number F1017393.

1

Relator filed his Applicant's Motion for Leave to Conduct Discovery and Applicant's Motion for Appointment of Counsel in the 420th Judicial District Court on or about the 13th day of August, 2015. In said documents, Relator requested leave to conduct discovery and appointment of counsel in a habeas corpus proceeding under Article 11.07 of the Texas Code of Criminal Procedure.

Respondent has failed to enter a ruling on Relator's motions. Had Respondent made such a ruling, Relator would have received a copy of the court's orders from the court clerk. Over 60 days have lapsed since the filing of said documents and there is no statute that requires the presiding judge to enter a ruling within any specific amount of time. Additionally, there is no statute that renders a motion denied by operation of law when the presiding judge refuses to act. Relator cannot proceed with his application for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure without a ruling on his motions.

**RESPONDENT**

Respondent, Presiding Judge, in his official capacity as Judge of the 420th Judicial District Court of Nacogdoches County, Texas, has a duty to enter decisions in criminal matters before the court within a reasonable amount of time.

Respondent is in violation of Chapter 4 and Article 11.07 of the Texas Code of Criminal Procedure by failing to enter a ruling on Relators motions.

In contrast to Relator's efforts, Respondent has wholly failed to comply with Chapter 4 and Article 11.07, is acting in

2

bad faith, and has failed to afford Relator the professional and common courtesy of any response to his requests.

## AUTHORITY

An applicant can file an application for a writ of mandamus, requesting the trial court judge be ordered to rule on his applications. **Ex parte Cozzi**, 138 S.W.3d 454, 455 (Tex. App.-Fort Worth 2004). Where, as here, the trial court judge refuses to rule on motions related to his application, Relator can file an application for writ of mandamus, requesting the trial court judge be ordered to rule on his motions.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator respectfully requests a finding that Respondent has not made a ruling on his Motion for Leave to Conduct Discovery and Motion for Appointment of Counsel within a reasonable amount of time. Relator prays that an order directing Respondent to rule on said motions within 30 days be issued. Relator further prays for any and all other relief to which he may be entitled.

Dated: **October 13, 2015.**

Respectfully submitted,

*John J. Presley*

JOHN JACOB PRESLEY
RELATOR
TDCJ No. 01690033
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing application has been served by placing same in the United States Mail, postage prepaid, on the **13th** day of **October, 2015**, addressed to:

Presiding Judge
420th Judicial District Court
101 W. Main Street
Nacogdoches, Texas 75961

_John J. Presley_
JOHN JACOB PRESLEY
RELATOR

4

John Jacob Presley
TDCJ No. 01690033; Mark W. Michael Unit
2664 FM 2054, Tennessee Colony, Texas 75886-5000

October 13, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2015

TYLER TEXAS
PAM ESTES, CLERK

Clerk of the Court
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE: **Original Application for a Writ of Mandamus**

Dear Hon. Clerk:

Enclosed for filing with the Twelfth Court of Appeals is an **Application for a Writ of Mandamus**. Please file said document and bring it to the attention of the Court.

Thank you for your assistance in this matter.

Very truly yours,

*John J. Presley*

JOHN JACOB PRESLEY
RELATOR

CC w/encl: File

Presiding Judge
420th Judicial District Court
101 W. Main Street
Nacogdoches, Texas 75961